# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                                          **Case No.  1:11cr40-MW/GRJ**

**COREE PATRICK,**

      **Defendant/Petitioner.**

_____/

## ORDER ACCEPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation, ECF No. 128, and has also reviewed *de novo* Plaintiff's

objections to the report and recommendation, ECF No. 129.   Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over

Defendant's objections, as this Court's opinion.    Petitioner's Motion under 28

U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal

Custod, as amended, ECF No. 103, is **DENIED except as to Ground Three** of the

petition. The § 2255 petition is **GRANTED** as to Petitioner's claim that counsel

was constitutionally ineffective for failure to challenge the denial of the right of

allocution.  **This Court shall appoint counsel for Defendant/Petitioner by**

**separate order and the Clerk shall set this case for resentencing.**  This Court

will enter judgment after resentencing Defendant thereby triggering the time for appeal.

      **SO ORDERED on August 1, 2017.**

                                        **s/Mark E. Walker**
                                        **United States District Judge**